1  Timothy P. Thomas, Esq.
   Nevada Bar No. 5148
2  Law Office of Timothy P. Thomas, LLC
   8670 W. Cheyenne Avenue, Suite 120
3  Las Vegas, NV 89129
   (702) 227-0011 Fax (702) 227-0015
4  *Attorney for Defendant*
   *(pro hac vice)*
5
   SCHEER LAW GROUP, LLP
6  155 N. Redwood Drive, Suite 100
   San Rafael, CA  94903
7  (415) 491-8900 Telephone
   (415) 491-8910 Facsimile
8  *(Local Counsel for Defendant)*

9
                  **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11

12  CXA-10 CORPORATION                    No. CV12-01154PJH

13              Plaintiff,
                                          **[PROPOSED] ORDER**
14                                        **APPROVING STIPULATION TO**
                                          **CHANGE VENUE**
15      vs.
                                          Date:  August 29, 2012
16                                        Time:  9:00 a.m.
    BARRY A. FORD, an individual; and DOES
17  1-50 inclusive                        Place: US District Court
                Defendant                        Courtroom 3, 3rd Floor,
18                                               1301 Clay Street,
                                                 Oakland, California
19

20
        Having read and considered the Stipulation to Change Venue, executed by and between
21
    Plaintiff CXA-10 Corporation ("Plaintiff") and Defendant Barry A. Ford ("Defendant"), and
22
    good cause appearing therefore,
23
        IT IS HEREBY ORDERED that:
24
        1.      Stipulation to Change Venue to U.S. District Court, District of Nevada is
25
    APPROVED.
26

27

28
                                          1

2.      All hearings and proceedings in the U.S. District Court, Northern District of California are VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____8/28/12_____



_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION TO CHANGE VENUE