## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CXA-10 CORPORATION,<br><br>        Plaintiff(s),<br><br>v.<br><br>BARRY A. FORD,<br><br>        Defendant(s). | 2:12-CV-1554 JCM (PAL) |

### ORDER

Presently before the court is the matter of *CXA-10 Corp. v. Ford*, case no. 2:12-cv-1554-JCM-PAL.

On February 4, 2014, the court granted summary judgment in plaintiff's favor as to liability and ordered supplemental briefing related to the NRS 40.451 deficiency hearing. On February 13, 2014, defendant filed the instant motion to clarify and/or amend that order. The motion triggered a briefing schedule which will not run until after the currently-scheduled deficiency hearing.

The resolution of the instant motion may affect evidence to be presented at the deficiency hearing. As such, the court hereby vacates the hearing currently scheduled for February 28, 2014. After briefing on the instant motion is complete and a ruling is issued, the court will reschedule the deficiency hearing.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the deficiency hearing

3  currently scheduled for February 28, 2014, be, and the same hereby is, VACATED.

4  DATED February 18, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -