AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

CXA-10 Corporation

Plaintiff,

V.

Barry A. Ford

Defendant.

Attorneys Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-1554-JCM-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of Plaintiff for $102,700.90 in attorneys' fees and $4,217.32 in nontaxable costs, for a total award of $106,918.22.

| | |
|---|---|
| 5/1/2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Danielle Cacciabaudo |
| | (By) Deputy Clerk |